UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR WIRE FRAUD
AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-135-JWD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1343 |
| | : | 18 U.S.C. § 981 |
| ANISHA DEVALL HUNTER, a.k.a. | : | 21 U.S.C. § 853 |
| "Anisha Courtney Devall" and | | 28 U.S.C. § 2461 |
| "Anisha Devall Forbes" | | |

**THE GRAND JURY CHARGES:**

## COUNTS 1 THROUGH 5
### Wire Fraud
### (18 U.S.C. § 1343)

### Company A

**At all relevant times:**

1.      **ANISHA DEVALL HUNTER**, a.k.a. "Anisha Courtney Devall" and "Anisha Devall Forbes," the defendant herein, was a resident of Denham Springs, Louisiana.

2.      Company A was an automobile insurance business that was located in the Middle District of Louisiana. Company A maintained a business credit card account at Bank 1. This account had several credit cards connected to it.

3.      **HUNTER** worked as a senior accountant for Company A.

**The Scheme:**

4.      Beginning in or around May of 2023 and continuing until at least November of 2023, within the Middle District of Louisiana and elsewhere, **HUNTER** devised and intended

1

to devise a scheme and artifice to defraud her employer, Company A, and to obtain money and property by means of materially false and fraudulent pretenses, promises and representations.

5. The object of the scheme was to unlawfully enrich herself by obtaining Company A funds.

**Manner and Means:**

6. In her role as a senior accountant for Company A, **HUNTER**'s duties included accessing and paying off Company A credit card and bank accounts, making accounting journal entries, and handling account reconciliation.

7. With this access, **HUNTER** used multiple credit cards of Company A (including the card ending in 8470 with Bank 1), to pay for her personal expenses. As **HUNTER** knew, these expenses were not authorized by Company A. These charges included, among many others:

   a. over 150 charges at two casinos in Denham Springs, Louisiana,

   b. numerous charges at online businesses, including those owned or controlled by **HUNTER**,

   c. charges for rent payments to her apartment complex,

   d. charges for **HUNTER**'s car insurance premiums, and

   e. a charge for a four-night trip to Orange Beach, Alabama.

8. **HUNTER** concealed her scheme by disguising the charges within the Company A's accounting system. At the end of each month, **HUNTER** would pay off Company A's credit cards and submit entries into the company's accounting journal that falsely reported the

2

actual nature of the credit card charges. **HUNTER** made numerous false journal entries, to include, among many others:

    a. the four-night trip to Orange Beach, Alabama as "office supplies;"

    b. her rent payments as "other human resource fees," and

    c. personal shopping expenses as "CAM and utilities."

9. In total, **HUNTER** knowingly made approximately 596 unauthorized charges to Company A's business bank account with Bank 1, embezzling approximately $302,598.42.00 from her employer.

## The Wirings:

10. On or about the following dates, in the in the Middle District of Louisiana and elsewhere, **ANISHA DEVALL HUNTER**, a.k.a. "Anisha Courtney Devall" and "Anisha Devall Forbes," the defendant, for the purpose of executing the above-described scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, with each wiring constituting a separate count:

| Count | Date (on or about) | Description |
|---|---|---|
| 1 | 7/18/2023 | An electronic wire from the Middle District of Louisiana to Company A's bank account, located outside the Middle District of Louisiana, authorizing a credit card charge for $1,493.51 for a beach condo rental. |

| 2 | 7/28/2023 | An electronic wire in the amount of $1,673.44, from Bank 1's servers located outside the Middle District of Louisiana to **HUNTER**'s apartment complex located in Denham Springs, Louisiana. |
| 3 | 8/17/2023 | An electronic wire from the Middle District of Louisiana to Company A's bank account, located outside the Middle District of Louisiana, authorizing a credit card charge for $500.08 to an online knife retailer. |
| 4 | 8/27/2023 | An electronic wire in the amount of $1,700.44, from Bank 1's servers located outside the Middle District of Louisiana to **HUNTER**'s apartment complex located in Denham Springs, Louisiana. |
| 5 | 9/21/2023 | An electronic wire from the Middle District of Louisiana to Company A's bank account, located outside the Middle District of Louisiana, authorizing a credit card charge for $995.00 to Ellas Keepsake Boxes, an online Meta-based vendor. |

Each of the above is a violation of Title 18, United States Code, Section 1343.

## COUNTS 6 THROUGH 8
### Wire Fraud
### (18 U.S.C. § 1343)

### Company B

**At all relevant times:**

11.  **ANISHA DEVALL HUNTER**, a.k.a. "Anisha Courtney Devall" and "Anisha Devall Forbes," the defendant herein, was a resident of Denham Springs, Louisiana.

12.  Company B was a business that was located in the Middle District of Louisiana and that provided staffing support for a myriad of commercial industries. Company B maintained a business checking account at Bank 2.

4

13.     Individual A was a resident of Gonzales, Louisiana. Individual A owned and operated Company B.

14.     **HUNTER** worked as an accountant for Company B.

**The Scheme:**

15.     Beginning in or around October of 2024 and continuing through at least March of 2025, within the Middle District of Louisiana and elsewhere, **HUNTER** devised and intended to devise a scheme and artifice to defraud her employer, Company B, and Individual A and to obtain money and property by means of materially false and fraudulent pretenses, promises and representations.

16.     The object of the scheme was to unlawfully enrich herself by obtaining Company B funds.

**Manner and Means:**

17.     In her role as an accountant, **HUNTER** had access to Company B's payroll software and bank account with Bank 2 as well as access to Individual A's personal credit card.

18.     With this access, **HUNTER** used several different methods to unlawfully enrich herself with Company B funds:

    a. **HUNTER** used Individual A's credit card to pay for her personal expenses. As **HUNTER** knew, these charges were not authorized by Individual A.

    b. **HUNTER** issued over twenty unauthorized ACH payments from Company B to her personal bank accounts. **HUNTER** then fraudulently disguised these as payments to vendors of Company B.

5

    c. **HUNTER** duplicated her own payroll checks by utilizing her access to Company B's payroll software, which caused Company B to send these fraudulent payroll checks to **HUNTER's** bank accounts. These additional payroll checks were not authorized by Company B.

    d. Lastly, **HUNTER** forged checks to herself in the name of Company B. **HUNTER** signed these checks on behalf of Company B, without permission, and deposited them into her bank accounts.

19. In total **HUNTER** knowingly embezzled at least $58,000.00 from Company B and Individual A.

**The Wirings:**

20. On or about the following dates, in the in the Middle District of Louisiana, **ANISHA DEVALL HUNTER**, a.k.a. "Anisha Courtney Devall" and "Anisha Devall Forbes," the defendant, for the purpose of executing the above-described scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, with each wiring constituting a separate count:

| Count | Date (on or about) | Description |
|---|---|---|
| 6 | 12/23/2024 | An ACH transfer of $2,000.00, which traveled in interstate commerce from Bank 2's servers, located outside the Middle District of Louisiana, to be sent to her personal bank account in Denham Springs, LA. |

6

| 7 | 1/27/2025 | An ACH transfer of $2,000.00, which traveled in interstate commerce from Bank 2's servers, located outside the Middle District of Louisiana, to be sent to her personal bank account in Denham Springs, LA. |
| 8 | 3/7/2025 | An ACH transfer of $2,000.00, which traveled in interstate commerce from Bank 2's servers, located outside the Middle District of Louisiana, to be sent to her personal bank account in Denham Springs, LA. |

Each of the above is a violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE

The allegations contained in Paragraphs 1 through 20 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(1)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant, **ANISHA DEVALL HUNTER**, a.k.a. "Anisha Courtney Devall" and "Anisha Devall Forbes," shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from the proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

*/s/ Ellison C. Travis*

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*/s/ Stephen R. Vick Jr.*

STEPHEN R. VICK JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

9/10/2025
DATE